AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

UNITED STATES

v.

RENEA JOHNSON

APPEARANCE

CASE NUMBER: 1:06M64A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Renea Johnson

I certify that I am admitted to practice in this court.

7/18/06
*Date*

Jeffrey B. Pine
*Signature*

*Print Name* #2278
*Bar Number*

321 South Main St.
*Address*

Prov. RI 02903
*City* *State* *Zip Code*

401-351-8200 401-351-9032
*Phone Number* *Fax Number*

m was electronically produced by John Elchells and Richard Jones using Omniform Internet Publisher.