AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

USA

v.

Renea Johnson

APPEARANCE

CASE NUMBER: 1:06M64A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Renea Johnson

I certify that I am admitted to practice in this court.

7-18-06

*Date*

*Signature*

STEPHEN J. RYAN # 4356

*Print Name* *Bar Number*

321 South Main ST.

*Address*

Prov. RI 02903

*City* *State* *Zip Code*

(401) 351-8200

*Phone Number* *Fax Number*

m was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.