AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

UNITED STATES OF AMERICA
V.
Renea Johnson

## WAIVER OF PRELIMINARY EXAMINATION OR HEARING
## (Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: 1:06 M64A

I, Renea Johnson, charged in a ☑ complaint ☐ petition pending in this District with Conspiracy to commit bank fraud; possession false ID in violation of Title 18, U.S.C., 1349 and 1028A,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☐ examination ☑ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☑ hearing.

x Renea Johnson
*Defendant*

7/18/06
*Date*

Jeffrey B. Pine
*Counsel for Defendant*