# *UNITED STATES DISTRICT COURT*
***for the***
***District of Rhode Island***

RECEIVED
JUL 14 2006
US MARSHALS
RHODE ISLAND

***Case No. 1:06-M-64A***

***To: WARDEN***
***ACI***
***CRANSTON, RI***

YOU ARE HEREBY COMMANDED, to have the **body** of **RENEA JOHNSON**, by you restrained of **her** liberty, as it is said, by whatsoever means detained, together with the day and cause of **her** being detained, before the Honorable **Lincoln D. Almond**, Magistrate Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **2:30 o'clock p.m.**, on the **18th** day of **July, 2006**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby certify and return that I did bring before the court the within named defendant, on the date and time ordered.

Deputy U.S. Marshal

WITNESS the Honorable **Lincoln D. Almond**

United States Magistrate Judge at Providence, RI
Dated: July 13, 2006.

David A. DiMarzio, Clerk

INITIAL APPEARANCE

*by* ___
***Jeannine Theall - Deputy Clerk***