CR 06 98ML

AO 257
(USAO REV. 6/99)

PER 18 U.S.C. 3170

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT
District of Rhode Island
Providence, Rhode Island

Name and Office of Person Furnishing Information on THIS FORM: ROBERT CLARK CORRENTE
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): LEE H. VILKER

**DEFENDANT – U.S. vs.**

PATRICIA MOORE, a/k/a Kelly Moore, a/k/a Renea Johnson

Addres

Birth Date

Male
Female
☐ Alien (if applicable)

Social Se

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
U.S. Secret Service

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40 . Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this is prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.
1:06M64A
(under the name of Renea Johnson)

Place of offense: Rhode Island

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**DEFENDANT**

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding
If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges
} ☑ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution
ACI

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** 7/11/06

Or... if Arresting Agency & Warrant were not Federal

**DATE TRANSFERRED TO U.S. CUSTODY**

☐ This report amends AO 257 previously submitted

## OFFENSE CHARGED – U.S.C. CITATION – STATUTORY MAXIMUM PENALTIES – ADDITIONAL INFORMATION OR COMMENTS

COUNT I: 18 U.S.C. Section 1349
conspiring with one another and with others to obtain moneys, funds and property owned by and under the custody and control of a financial institution by means of false and fraudulent pretenses, representations and promises, contrary to 18 U.S.C. § 1344

Penalties:
30 Yrs Imprisonment; $ 1,000,000 Fine; 3 Yrs Supervised Release; $ 100 Special Assessment;

COUNT II: 18 U.S.C. Sections 1028A(a)(1)( and (C)(5)
knowingly possessing and using without lawful authority a means of identification of another person during and in relation to the felony of conspiracy to commit bank fraud, contrary to 18 U.S.C. § 1349

Penalties as to each count:
2 Yrs Imprisonment; $ 1,000,000 Fine; at least 3 Yrs Supervised Release; $ 100 Special Assessment.

Anticipated Trial Days: 3

This form was electronically produced by Elite Federal Forms, Inc. - mod HI (11/00)