AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

USA

v.

Patricia Moore

APPEARANCE

CASE NUMBER: CR 06-98ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Patricia Moore

I certify that I am admitted to practice in this court.

9/25/06
*Date*

Jeffrey B. Pine
*Signature*

*Print Name* — #2278 *Bar Number*

321 South Main St.
*Address*

Providence, RI 02903
*City* *State* *Zip Code*

351-8200 — 351-9032
*Phone Number* *Fax Number*

m was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.