# *UNITED STATES DISTRICT COURT*
***for the***
***District of Rhode Island***

***Cr. No. CR06-98ML***

RECEIVED
SEP 19 2006
US MARSHALS
RHODE ISLAND

***To:*** ***WARDEN***
***ACI***
***CRANSTON, RI***

YOU ARE HEREBY COMMANDED, to have the **body** of **PATRICIA MOORE**, by you restrained of **her** liberty, as it is said, by whatsoever means detained, together with the day and cause of **her** being detained, before the Honorable **Lincoln D. Almond**, Magistrate Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **10:00 o'clock a.m.**, on the **25th** day of **September, 2006**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby c[illegible] and return that
[illegible] before the court
[illegible] named defendant,
[illegible] date and time ordered.

**Deputy U.S. Marshal**

WITNESS the Honorable **Lincoln D. Almond**

United States Magistrate Judge at Providence, RI
Dated: September 19, 2006.

David A. DiMarzio, Clerk

ARRAIGNMENT ON CRIMINAL INFORMATION

*by* ______________________
***Jeannine Theall - Deputy Clerk***