# *UNITED STATES DISTRICT COURT*
### *for the*
### *District of Rhode Island*

*Case No. CR 06-098ML*

RECEIVED
OCT 13 2006
US MARSHALS
RHODE ISLAND
05772-070

AKA Johnson Renee

***To:*** ***Warden***
***ACI***
***Cranston, RI***

YOU ARE HEREBY COMMANDED, to have the **body** of **Patricia Moore**, by you restrained of **her** liberty, as it is said, by whatsoever means detained, together with the day and cause of **her** being detained, before the Honorable **Mary M. Lisi**, District Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **10:30 o'clock p.m.**, on the **19th** day of **January, 2007**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby certify and return that I [illegible] the court the within named defendant, on the date and time ordered.

Deputy U.S. Marshal

WITNESS the Honorable **Mary M. Lisi**

United States District Judge at Providence, RI
Dated: October 13, 2006

Sentencing Hearing

David A. DiMarzio, Clerk

***By*** ______________
***John Duhamel - Deputy Clerk***