# *UNITED STATES DISTRICT COURT*
***for the***
***District of Rhode Island***

***Case No. CR 06-098ML***

***To: Warden***
***ACI***
***Cranston, RI***

JAN [illegible] 2007

Johnson, Renea 05772-070

YOU ARE HEREBY COMMANDED, to have the **body** of **Patricia Moore**, by you restrained of **her** liberty, as it is said, by whatsoever means detained, together with the day and cause of **her** being detained, before the Honorable **Mary M. Lisi**, District Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **10:00 o'clock p.m.**, on the **15th** day of **February, 2007**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby [illegible]

Deputy U.S. Marshal

WITNESS the Honorable **Mary M. Lisi**

United States District Judge at Providence, RI
Dated: January 19, 2007

David A. DiMarzio, Clerk

Sentencing Hearing
(continued from 1/19/2007)

*By* ______________________
***John Duhamel - Deputy Clerk***