United States of America

V.

Patricia Moore CASE # 1:06CR00098 01 ML

Motion to Reduce
Inmate Financial Responsibility

Comes, Now, pro se, Patricia Moore, petitioner, addresses the Court regarding my inability to make my IRP payment. (EXHIBIT A)

## Perniment Facts

Petitioner, Moore, has made (1) $25.00 FRP payment in September, 2007. Another payment was made by Moore on December, 2007. In January, 2008, Moore was increased to $125.00 per month during her Program Review Report. Since being at F.C.I. - Tallahassee, I have received funds for commissary and FRP payments have been paid as required. (EXHIBIT B)

My father, Earl Moore, has recently passed away on January 4, 2008. (EXHIBIT C) My father was sole provider since I have been incarcerated at F.C.I - Tallahassee. I will no longer have sufficient funds to make my financial obligations. I am currently in the Residential Drug Abuse Program here at F.C.I - Tallahassee, as ordered by the honorable

Court. Since, I am in this Program I am unable to have a full-time work detail. If my FRP goes into "refusal" status, I will be terminated from the Drug Program. (EXHIBIT D). I am also pursuing my G.E.D.

# Conculsion

I, Patricia Moore, petitioner, humbly and respectfully ask the Honorable Court to waive my FRP until my release from F.C.I - Tallahassee.

Respectfully Submitted,

Patricia Moore

Done this 31st day of January.

05772-070
501 Capital Circle
Tallahassee, Fl. 32301