U.S. Department of Justice

*United States Attorney*
*District of Rhode Island*

Exhibit (A)

Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903

(401) 709-5000
FAX (401) 709-5001
CIVIL FAX (401) 709-5017

August 24, 2007

Ms. Patricia Moore
Register Number: 05772-070
501 Capital Circle, N.E.
Tallahassee, FL 32301-3572

Re: United States v. Patricia Moore, Case No: 1:06CR00098-01ML

Dear Ms. Moore:

There is a $11,000.00 balance on the monetary judgment imposed upon you at sentencing on February 15, 2007, by Chief United States District Court Judge Mary Mona Lisi. Said balance is now due. Upon receipt of this letter, please make arrangements to have a check or money order for full amount due, made payable to the Clerk, U.S. District Court, sent to the Clerk's Office, United States District Court, One Exchange Terrace, Providence, Rhode Island 02903.

If payment in full is not possible at this time, you might find it helpful to discuss this debt with your case manager and commence participation in the Bureau of Prisons' Inmate Financial Responsibility Program at your first meeting. Thank you for your cooperation.

Very truly yours,

ROBERT CLARK CORRENTE
United States Attorney

Lindsay J. Beltzer for

SANDRA L. MASCOLA
Paralegal Specialist
FINANCIAL LITIGATION UNIT

(ljs)

cc:

Jeffrey B. Pine, Esq.
Jeffrey B. Pine, Esq. P.C.
321 South Main Street
Providence RI 02903

IFRP Coordinator
501 Capital Circle, N.E.
Tallahassee, FL 32301-3572

Warden
501 Capital Circle, N.E.
Tallahassee, FL 32301-3572