Exhibit (B)

TALUB * PROGRAM REVIEW REPORT * 12-21-2007
PAGE 001 10:26:28

INSTITUTION: TAL TALLAHASSEE FCI
NAME.......: MOORE, PATRICIA REG. NO: 05772-070
RESIDENCE..: LOS ANGELES, CA 90012
TYPE OF REVIEW......: PROGRAM REVIEW
NEXT REVIEW DATE....: 07/2008
PROJ. RELEASE DATE..: 07-27-2009 RELEASE METHOD.: GCT REL
PAROLE HEARING DATE.: NONE HEARING TYPE...: NONE
DATE OF NEXT CUSTODY REVIEW: 12/2008 DETAINERS (Y/N): N
CIM STATUS (Y/N)....: Y IF YES, RECONCILED (Y/N): YES
PENDING CHARGES.....: CULVER CITY CALIFORNIA POLICE DEPARTMENT — resolved
OFFENDER IS SUBJECT TO NOTIFICATION UNDER 18 U.S.C. 4042(B) (Y/N)....: NO
IF YES - CIRCLE ONE - DRUG TRAFFICKING/CURRENT VIOLENCE/PAST VIOLENCE

| CATEGORY | - - - - - - - | CURRENT ASSIGNMENT - - - - - - - - | EFF DATE | TIME |
|---|---|---|---|---|
| CMA | PROG RPT | NEXT PROGRESS REPORT DUE DATE | 01-27-2009 | 1412 |
| CMA | RPP PART | RELEASE PREP PGM PARTICIPATES | 12-21-2007 | 1025 |
| CMA | RPP UNT C | RELEASE PREP UNIT PGM COMPLETE | 01-10-2008 | 1025 |
| CMA | V94 COA913 | V94 CURR OTHER ON/AFTER 91394 | 06-28-2007 | 1413 |
| CUS | IN | IN CUSTODY | 04-09-2007 | 0936 |
| DRG | DAP PART | RESIDENT DRUG TRMT PARTICIPANT | 12-10-2007 | 0800 |
| DRG | DRG I RQ J | DRG INTRV REQD: JUD RECOMMEND | 06-28-2007 | 1413 |
| DRG | ED EXEM | DRUG EDUCATION EXEMPT | 10-03-2007 | 1432 |
| DRG | INELIGIBLE | 18 USC 3621 RELEASE INELIGIBLE | 10-03-2007 | 1432 |
| EDI | ESL HAS | ENGLISH PROFICIENT | 09-15-2007 | 0935 |
| EDI | GED EN | ENROLL GED NON-PROMOTABLE | 07-09-2007 | 1344 |
| FRP | PART | FINANC RESP-PARTICIPATES | 08-03-2007 | 1218 |
| LEV | LOW | SECURITY CLASSIFICATION LOW | 04-10-2007 | 1336 |
| MDS | OTHER | OTHER MEDICAL RESTRICTION | 08-30-2007 | 1221 |
| MDS | REG DUTY W | REGULAR DUTY W/MED RESTRICTION | 08-30-2007 | 1221 |
| MDS | YES F/S | CLEARED FOR FOOD SERVICE | 07-05-2007 | 1545 |
| QTR | F03-013L | HOUSE F/RANGE 03/BED 013L | 12-05-2007 | 1800 |
| RLG | PROTESTANT | PROTESTANT | 08-03-2007 | 1218 |
| WRK | DAPAM_DOZR | DAP AM RICHARD DOZIER #418 | 12-11-2007 | 0001 |
| WRK | ED DEPART | EDUCATION DEPARTMENT | 10-16-2007 | 1035 |

WORK PERFORMANCE RATING: MOSTLY AVERAGE WORK REPORTS ON FILE.

INCIDENT REPORTS SINCE LAST PROGRAM REVIEW: MOORE HAS NOT INCURRED ANY INCIDENT REPORTS.

FRP PLAN/PROGRESS: TRUST FUND DEPOSITS PAST 6 MO: $2398.56

FRP PAYMENTS PAST 6 MO: $25.00 OBLG BALANCE: $150.00 AND $10800.00

CURRENT FRP PLAN: $25.00/QUARTERLY PAYMENTS COMMENSURATE: NO

IF NO, NEW PAYMENT PLAN: PLAN CHANGED TO $125.00 MONTHLY TO BEGIN 02/2008. DISCUSSED FRP REFUSE AND THE CONSEQUENCES OF MISSING SCHEDULED PAYMENTS.

RELEASE PREPARATION PARTICIPATION: MOORE HAS COMPLETED UNIT RPP AND WILL BE PLACED IN AN UP-COMING INSTITUTION RPP BASIC COURSE. SHE WAS ENCOURAGED TO MAINTAIN AND DEVELOP AN EMPLOYMENT FOLDER OF ALL HER DOCUMENTED PROGRAM PARTICIPATION.

CCC RECOMMENDATION: IF ELIGIBLE, MOORE WILL BE REFERRED FOR RRC PLACEMENT ON OR ABOUT 09/24/2008.