## Order of Service

FRIDAY, JANUARY 4, 2008 AT 1:00 PM

### Inglewood Mortuary ~ Garden Chapel

1206 Centinela Avenue, Inglewood, CA 90302

### Officiant: Reverend Bernard Lilton

Processional ........................................ Family
Song ........................................ Lindsey Jackson
Scripture & Prayer: *Old Testament: Psalm 23* ...Reverend Bernard Lilton
Song ........................................ Charlotte Lilton
Special Acknowledgements........................................ Rhonda Bridges
Open Remarks (2 minutes, please)........................................ Family & Friends
Song........................................ Gabrielle Stokes with Joseph LaCour
Obituary ........................................ Angela King
Song and Eulogy ........................................ Reverend Bernard Lilton
Parting View
Recessional

### Poem

God saw the road getting rough. The hills were hard to climb.
He gently closed those loving eyes and whispered peace be thine.
The weary hours, the days of pain, the sleepless nights are past.
The time has come to say goodbye, your soul is free at last.
It hurts to see you go, but we have seen you suffer so
and endure so much pain, in our hearts you'll always be
Our Daddy whom we love and someday we will see you once again.
Your children

## Obituary

Earl Moore was born on August 27, 1932 to Allen and Ethel Moore in Houston, Texas. Earl was the third child of this union. The family moved to Los Angeles, California in the 1940s where he grew up and completed his education.

Earl was an enthusiast for exercise, he lived a full and healthy life until Multiple Myaloma (cancer) found it's way into his body.. Earl was determined to beat it. Even though complications set-in he never gave up his fight but on December 24, 2008, he made his final transition.

Earl was an entrepreneur. He was well known for his nightclub the Stage 1, located on Pico Blvd. He was also a Real Estate Developer.

Earl was good to his family and friends. Whatever they needed, he was there to help them in any way he could. But his kindness didn't stop there because he lent a helping hand to many who would never even know his name.

He leaves behind to mourn him (8) daughters: **Patricia Moore,** Raycile Green, Stacey Moore, Desire'Tobin, Emerson Moore, Kianna Lee, Eve Moore, and Eden Moore and (3) sons: Anthony Green, Eric Dunn- Moore and Earl Moore, Jr.; grandsons: Joey LaCour, and Clenard Stephens, Chaisten Moore, Chandler Tobin and Dorian Gray; granddaughters: Holland Moore-LaCour, Ashley Bennett, and Cydney Tobin and Qosea Russell. He also leaves his older brother Allen Moore and his sister Val Jean Bradford; and a host of nieces, nephews, cousins, friends and other relatives. He also had a grandson who awaits him now in heaven, Melvin Nichole Ellison.