IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR No. 06-98ML |
| | : | |
| PATRICIA MOORE | : | |

GOVERNMENT'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO REDUCE INMATE RESPONSIBILITY

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Lee H. Vilker, Assistant United States Attorney, and hereby moves the Court to extend to February 29, 2008 the time by which the Government must file its response to defendant's motion to reduce inmate financial responsibility. As grounds for this request, the Government states that the Financial Litigation Unit within the United States Attorneys Office desires two additional weeks to review the file to prepare a response.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/LEE H. VILKER
LEE H. VILKER
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email:lee.vilker@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 15th day of February, 2008, I caused the within Government's Motion for an Extension of Time to be filed electronically and it is available for viewing and downloading from the ECF system.

I further certify that a copy was mailed via regular mail to:

PRO SE

Patricia Moore
#05772-070
FCI Tallahassee
Federal Correctional Institution
501 Capital Circle, NE
Tallahassee, FL 32301

/s/Lee H. Vilker
Lee H. Vilker
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401)709-5000
(401)709-5001(fax)
Lee.vilker@usdoj.gov