Redacted

North Providence
Police Inspectional
Services Division

# Memo

**To:** Deputy Chief Paul Marino
Major Paul Martellini

**From:** Captain Robert Lough

**Date:** 10/5/2007

**Re:** Bank Of America

---

On October 10, 2007 I spoke with U.S. Atty. Carolyn O'Brien who stated that the $14,000.00 (held in evidence) for the Conyers, Tucker and Moore case, can be returned to Bank Of America. The money can be released due to the case ending in a guilty plea.



EXHIBIT C

[redacted] Redacted



Ref: 06-1779-OF

On 10-18-2007 at 10:30am Mr. Bill Eckert from Bank of America, responded to this station and and took possession of $14,563.00. in cash from our evidence room pertaining to case # 06-1779-OF. This case involved Ms. Jolene tucker, Zelpha Collen Conyers, and Patricia Moore.

Redacted

From
Bank of America

**Bank of America**

**Cashier's Check**

No. 0139370

Notice to Purchaser - In the event this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

Date

30-1/1140
NTX

Banking
Center

OCTOBER 18, 2007

NORTH PROVIDENCE OFFICE

Remitter (Purchased By)

0011016 00005 000139370 CORPORATE SECURITY

39-14-3774B 06-2005

Pay

To
The
Order
Of

**FOURTEEN THOUSAND FIVE HUNDRED SIXTY THREE DOLLARS AND 00 CENTS**

$ **14563.00**

Authorized Signature

Bank of America, N.A.
San Antonio, Texas

**BANK OF AMERICA

VOID AFTER 90 DAYS

****

⑈0139370⑈ ⑆114000019⑆ 001641005446⑈

EXHIBIT C