UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR 06-098 ML

PATRICIA MOORE

ORDER

This matter is before the Court on the Defendant's Motion to Reduce Inmate Financial Responsibility payments. In its response, the government advises that the victim Bank of America recovered a total of $14,563 on October 18, 2007. With that sum having been returned to the victim, Defendant's obligation to pay restitution is reduced to zero. She must, however, pay the balance of the mandatory special assessment, and the Financial Litigation Unit of the United States Attorney's Office will so notify Defendant's IFRP coordinator.

Accordingly, Defendant's Motion to Reduce Inmate Financial Responsibility is dismissed as moot.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
March 4 , 2008